

CONSERVATIVE REPUBLICAN

PAID FOR BY



# Jim Kile for Monroe County Sheriff

**Follow**

**Search this Page**

1.2K followers · 5 following

I am running for Sheriff of Monroe County Tennessee in the 2026 Election as a Conservative Republican

🏛 Political Candidate





EXHIBIT

15

## Personal details

📍 Lives in Sweetwater, Tennessee

🏠 From Sweetwater, Tennessee

 
  Jim Kile for Monroe County Sheriff

•••

# Details

☆ 2 Reviews

# Education

 Sweetwater High School (Sweetwater, Tennessee)

# Contact info

📞 +1 423-836-2490

✉ jimkileforsheriff26@outlook.com

# Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Posts

⁖ **Filters**



**Jim Kile for Monroe County Sheriff**
September 9, 2025 · 🌐

Sweetwater Police Sergeant Jim Kile will seek the Republican nomination
for Monroe County Sheriff

Sweetwater Police Officer Jim Kile has announced he will run for Monroe County Sheriff in 2026. A lifetime resident of Monroe County, Kile has been in law enforcement for more than 30 years. He graduated from Sweetwater High School in 1988 and has been married to his wife, Tracie, for the past 29 years. They have three children, Tiffany, Noah, and Jonah, and two grandchildren , Aspen and McKenna. Jim and Tracie are members at First Baptist Church in Sweetwater.

Jim Kile began his career in 1994 as a corrections officer at the Monroe County Sheriff's Department, and he was promoted to deputy in 1995. Shortly after, Kile received his certification from the Tennessee Law Enforcement Training Academy. In 1998, Kile accepted a position with the 10th Judicial Drug Task Force as a narcotics agent. He returned to the Monroe County Sheriff's Department in late 1999 as a school resource officer at Tellico Plains High School and eventually Sweetwater High School in 2006, when he joined the Sweetwater Police Department as a patrol officer. He currently holds the position of Sergeant, where he serves as the supervisor of the school resource officers for the city and works as the school resource officer at Sweetwater Junior High School.

Kile explained his motivation to run for Monroe County sheriff: "I am running for sheriff because Monroe County deserves leadership that is transparent, fair, and committed to the highest standards of professionalism. Recent incidents at our jail have highlighted serious issues of neglect and a lack of accountability—issues that can no longer be ignored. As your sheriff, I will bring leadership with integrity and accountability to every aspect of the department."

Kile's priorities are accountability to the public, dedication to fair and unbiased policing, and professionalism and ethical behavior from all employees. If elected, Kile will provide regular public reporting, and hold all staff accountable for their actions and decisions. There will be non-negotiable standards for every employee, from the front lines to leadership.

Kile said, "This campaign is about restoring trust, improving safety, and ensuring that our Sheriff's Office reflects the values of the people it serves. I am ready to lead with experience, integrity, and a deep commitment to all citizens of Monroe County. I would greatly appreciate your support and vote on May 5, 2026."

Media Contact: Jim Kile
(423) 836-2490

 Windy Duncan and 194 others          73 comments  152 shares

👍 Like                    💬 Comment                    ↗ Share

**View more comments**

 **Lesley Camille Spain**
First question I have after reading your bio is: What experience do you have running a large budget? Supervisor & Sgt are one ... **See more**

7w   Like   Reply

 ✏ Author
**Jim Kile for Monroe County Sheriff**
**Lesley Camille Spain** Thank you for your question. No I have never ran a multi million dollar budget such as what the Sheriffs ... **See more**

7w   Like   Reply

**View more replies**

 Comment as Worthington & Weiss, PC           😊  📷  GIF 🫥



**Jim Kile for Monroe County Sheriff**
August 14, 2025 · 🌐



**#814STRONG**

**JOIN US AUGUST 14 @ MAIN STREET MARKETPLACE 3-6PM**

**LEMONADE , BUNDT CAKES, COOKIES & MORE**

**HELP US KEEP TYLER'S LEGACY ALIVE**

**\* ALL $ RAISED GOES TO SJHS BASEBALL TEAM**

WE GOT YOUR 6IX



**Jim N Tracie Kile**
August 14, 2025 · 🌐

Tyler's service to our community will never be forgotten. Please come out and show support for Tyler's legacy and his family today!! **#814Strong**

 21

4 comments  2 shares

👍 Like          💬 Comment          ↪ Share