# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| Emilie "Emma" Berger | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-CV-133 |
| Monroe County, Tennessee, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Monroe County, Tennessee
c/o Mayor Mitch Ingram
105 College Street, Suite 1
Madisonville, Tennessee 37354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney W. Tyler Weiss
Worthington & Weiss, P.C.
409 N. College Street, Suite 1
Madisonville, Tennessee 37354

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* .

Date: March 23, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-CV-133

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Monroe County, TN c/o Mitch Ingram
was received by me on *(date)* 3/23/2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mitch Ingram, Mayor _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Monroe County
TN _____ on *(date)* 3/24/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/2026

_____
Server's signature

W. Tyler Weiss, Atty for Plaintiff
Printed name and title

409 College St N, Ste 1 Madisonville TN 37354
Server's address

Additional information regarding attempted service, etc: